UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 17-Cr-511 (SHS) |
| -v- | : | ORDER |
| QUADAE BERGER, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

IT IS HEREBY ORDERED that the violation proceeding is adjourned from April 13 to April 27, 2022, at 11:00 a.m.

Dated: New York, New York
April 6, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.