USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/24/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                :
                                        :      22-CR-128 (VEC)
           -against-                    :      17-CR-511 (VEC)
                                        :
                                        :           ORDER
QUADAE BERGER,                          :
                                        :
                         Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 24, 2022, Mr. Berger appeared for a change-of-plea hearing and entered a plea of guilty as to the charge of being a felon in possession of a firearm (22 CR 128);

WHEREAS there is an outstanding charge that Mr. Berger violated the terms of supervised release in 17 CR 511; and

WHEREAS the Court prefers to resolve the violation of supervised release before sentencing the Defendant in connection with the above-referenced plea.

IT IS HEREBY ORDERED that a hearing on the violation of supervised release specifications will be held on **Tuesday, October 4, 2022 at 10:30 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10038.

IT IS FURTHER ORDERED that the Court will immediately proceed to sentencing on the criminal charge after the hearing on the violation of supervised release. If the Court finds at the hearing that Mr. Berger violated supervised release, the Court will impose a sentence on both the criminal charge and the violation of supervised release at the hearing. Sentencing submissions are due by no later than **September 20, 2022**.

IT IS FURTHER ORDERED that, per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire. Please see the

enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

**SO ORDERED.**

**Date:  May 24, 2022**
       **New York, NY**

                                    **VALERIE CAPRONI**
                              **United States District Judge**